IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION
CASE NO. 3:22-CV-00135
Jury Trial Demanded

United States Courts
Southern District of Texas
FILED

JUL 11 2022

Nathan Ochsner, Clerk of Court

VICTOR WARD

     Plaintiff

     v.

UNITED STATES OF AMERICA
(INTERNAL REVENUE SERVICE)

     Defendants

## DISMISSAL OF ACTION

Plaintiff, Victor Ward has received the refund in question and has communicated with the U.S.

Attorney's office that he is satisfied with the refund. In accordance with Fed. R. Civ. P.

41(a)(1)(A)(i) the Plaintiff dismisses the action.

July 6, 2022

/s/ Victor Ward
Plaintiff
979-571-8670
PO Box 11471
College Station, TX 77842
Victordavid9112020@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that I have on this date served the foregoing upon Michelle C. Johns via email at:

*Michelle C. Johns*
*Trial Attorney*
*U.S. Department of Justice, Tax Division*
*717 N. Harwood, Suite 400*
*Dallas, Texas  75201*
*Michelle.C.Johns@usdoj.gov*
*214-880-9762*
*FAX 214-880-9741*

July 6, 2022

/s/ Victor Ward
Plaintiff
979-571-8670

PO Box 11471
College Station, TX 77845
Victordavid9112020@gmail.com